# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Ridge Wallet LLC<br><br>            Plaintiff,<br>     vs.<br><br>MOSAIC BRANDS, INC. d/b/a STORUS, a Delaware corporation, MIA KAMINSKI, an Individual, and SCOTT KAMINSKI, an Individual,<br><br>            Defendant. | Case No.: 2:23-cv-09673-AB-JC<br><br>[~~PROPOSED~~] **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELMINARY INJUNCTION** |

TO DEFENDANTS MOSAIC BRANDS, INC. D/B/A STORUS, MIA KAMINSKI, AND SCOTT KAMINSKI, AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY ORDERED TO SHOW CAUSE at **Thursday December 21, 2023, at 9:00 a.m.**, in the courtroom of the Honorable Andre Birotte Jr., located at 350 West First Street, Los Angeles, CA  90012 - Courtroom 7B, why you, your officers, agents, servants, employees, and attorneys and all those in active concert or participation with you or them should not be restrained and enjoined pending trial of this action from: making, using, selling, offering for sale, or importing any Released Product in any jurisdiction pursuant to the parties' Settlement Agreement of August 14, 2023 (the "Settlement Agreement").

PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees, and attorneys and all those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from:

Making, using, selling, offering for sale, or importing any Released Product in any jurisdiction, including but not limited to the products Mosaic currently offers for sale on its website, Amazon, Etsy, and other e-commerce platforms as the "Smart Wallet" -- examples of which are outlined in the Complaint filed by Plaintiff in this Action.

The above Temporary Restraining Order is effective immediately.

Plaintiff must serve this Order to Show Cause and supporting papers on Defendants by **December 14, 2023**, and file the proof of service by **December 15, 2023**.

Defendants must file any response or opposition to this Order to Show Cause by **December 18, 2023, at 5:00 p.m**., and file the proof of service by **December 19, 2023**.

Plaintiff may file a reply by **December 19, 2023, at 5:00 p.m.**, and must file the proof of service by December 20, 2023.

**IT IS SO ORDERED.**

DATED: December 12, 2023

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE