Cynthia M. Ribas (CSBN: 135227)
RIBAS LEGAL
11239 Ventura Blvd., #103-295
Studio City, CA 91604
Telephone: (310) 418-5672
Facsimile: (323) 843-9430
Email: cynthia@ribaslegal.com

Attorney for Defendants
MOSAIC BRANDS, INC., d/b/a STORUS,
a Delaware corporation; MIA KAMINSKI;
and SCOTT KAMINSKI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RIDGE WALLET LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOSAIC BRANDS, INC., d/b/a STORUS, a Delaware corporation; MIA KAMINSKI, an individual; and SCOTT KAMINSKI, an individual,<br><br>Defendants. | Case No. 2:23-cv-09673-AB-JC<br><br>**ORDER GRANTING/ APPROVING STIPULATION FOR PROTECTIVE ORDER**<br><br>DISCOVERY MATTER<br><br>Before:   Hon. Jacqueline Chooljian, Magistrate Judge<br><br>Courtroom: 750 |

//

//

1 | **ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves the parties' Stipulation for Protective Order filed with the Court (Docket No. 93).

**IT IS SO ORDERED.**

DATED: April 21, 2025

```
              /s/
    _____
    Honorable Jacqueline Chooljian
    United States Magistrate Judge
```